**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-10472**
_____

**UNITED STATES OF AMERICA**                          **PLAINTIFF-APPELLEE**

**versus**

**JAVIER LOREDO**                                     **DEFENDANT-APPELLANT**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas, Fort Worth**
**(4:96-CV-107-A and 4:93-CR-43-A)**
_____
**September 8, 1997**
**Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:**

**PER CURIAM:** [*]

Having reviewed the briefs and record, the judgment is

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.